**A10 CR 347 LY(1)**

Sealed _____

Unsealed _____

Personal Data Sheet    USAO# **2010R08382**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES __X__ NO
CASE NO. _____

County: **TRAVIS**    **AUSTIN** Division    Judge: _____

Date: **6/1/2010**    Mag Ct.# **A10-M-372**    SSN: _____    FBI#: _____

Case No.: _____    Assistant U. S. Attorney: **Elizabeth Cottingham**

Defendant: **ROSHAY LAVOY HOCKER**    Date of Birth: **Redacted**

Address: _____

Citizenship:    United States **X**    Mexican _____    Other _____

Interpreter Needed:    Yes _____    No **X**    Language _____

Defense Attorney: **William H. Ibbotson**    Employed _____

Address of Attorney: **FPD - 800 Brazos, Ste. 490, Austin, TX 78701**    Appointed **X**

Defendant is:    In Jail _____    Where: _____

On Bond _____    Amt. of Bond _____    Where: _____

Date of Arrest: _____    Bench Warrant Needed _____

Prosecution By:    Information _____    Indictment **X**

Offense (Code & Description): Count 1 -- 18 U.S.C. § 371 - Conspiracy; Counts 2-20 -- 18 USC § 513(a) and 2 - Making uttering, or possessing counterfeit checks; Aiding and Abetting Counts 21-23 -- 18 U.S.C. § 1344 and 2 - Bank Fraud; Aiding and Abetting; Counts 24-25 -- 18 U.S.C. § 493 - Counterfeiting obligations, instruments & writings; Count 26 -- 18 U.S.C. § 513(b) - Possession of Counterfeit Implements; Count 27 -- 18 U.S.C. § 513(a) and 2 - Making, uttering, or possessing counterfeit checks; Aiding and Abetting

Offense Is:    Felony **X**    Misdemeanor _____

| | |
|---|---|
| Maximum Sentence: | **Count 1 -- Up to 5 yrs imprisonment; up to a $250,000 fine; at least 1yr TSR; Counts 2-20 - up to 10 yrs imprisonment, upto a $250,000 fine; at least 1yr TSR; Counts 21-23 - up to 30 yrs imprisonment, up to a $1,000,000 fine; at least 1yr TSR; Counts 24-25 - up to 10 yrs imprisonment, up to a $250,000 fine; at least 1yr TSR; Count 26 - up to 10 yrs imprisonment, up to a $250,000 fine; at least 1yr TSR; Count 27 - up to 10 yrs imprisonment, up to a $250,000 fine; at least 1 yr TSR; $100 Special Assessment each Count.** |

Penalty is Mandatory:            Yes   X                         No
                                       As to special
                                       assessment

Remarks: _____

**A10 CR 347 LY (2)**

Sealed _____

Unsealed _____

Personal Data Sheet    USAO# __2010R08382__

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES __X__ NO
CASE NO. _____

| | | | | |
|---|---|---|---|---|
| County: | **TRAVIS** | **AUSTIN** Division | Judge: | |
| Date: | **6/1/2010** | Mag Ct.# | SSN: | FBI#: |

Case No.: _____    Assistant U. S. Attorney: **Elizabeth Cottingham**

Defendant: **LINDSEY ANN FAGLIE**    Date of Birth: **Redacted**

Address: _____

Citizenship:    United States __X__    Mexican _____    Other _____

Interpreter Needed:    Yes _____    No __X__    Language _____

Defense Attorney: _____    Employed _____

Address of Attorney: _____    Appointed _____

Defendant is:    In Jail _____    Where: _____

                On Bond _____    Amt. of Bond _____    Where: _____

Date of Arrest: _____    Bench Warrant Needed _____

Prosecution By:    Information _____    Indictment __X__

Offense (Code & Description):    Count 1 -- 18 U.S.C. § 371 - Conspiracy; Counts 2, 3, 6 & 16-20 -- 18 USC § 513(a) and 2 - Making uttering, or possessing counterfeit checks; Aiding and Abetting;

Offense Is:    Felony __X__    Misdemeanor _____

Maximum Sentence:    Count 1 -- Up to 5 yrs imprisonment; up to a $250,000 fine; at lease 1yr TSR; Counts 2, 3, 6 & 16-20 - up to 10 yrs imprisonment, upto a $250,000 fine; at least 1yr TSR; $100 mandatory VCA each count

Penalty is Mandatory:    Yes __X__ As to special assessment    No _____

Remarks: _____

A10 CR 347 LY(3)

Sealed _____
Unsealed _____

Personal Data Sheet     USAO# 2010R08382

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ____YES __X__NO
CASE NO._____

County: **TRAVIS**     **AUSTIN** Division     Judge: _____

Date: **6/1/2010**     Mag Ct.# _____     SSN: _____     FBI#: _____

Case No.: _____     Assistant U. S. Attorney: **Elizabeth Cottingham**

Defendant: **EMILY GAIL GARNER**     Date of Birth: **Redacted**

Address: _____

Citizenship:     United States **X**     Mexican _____     Other _____

Interpreter Needed:     Yes _____     No **X**     Language _____

Defense Attorney: _____     Employed _____

Address of Attorney: _____     Appointed _____

Defendant is:     In Jail _____     Where: _____
                 On Bond _____     Amt. of Bond _____     Where: _____

Date of Arrest: _____     Bench Warrant Needed _____

Prosecution By:     Information _____     Indictment **X**

Offense (Code & Description): Count 1 -- 18 U.S.C. § 371 - Conspiracy; Counts 5, 9, 10,12 & 14 -- 18 USC § 513(a) and 2 - Making uttering, or possessing counterfeit checks; Aiding and Abetting;

Offense Is:     Felony **X**     Misdemeanor _____

Maximum Sentence: Count 1 -- Up to 5 yrs imprisonment; up to a $250,000 fine; at least 1yr TSR; Counts 5, 9, 10, 12 &14 - up to 10 yrs imprisonment, upto a $250,000 fine; at least 1yr TSR; $100 mandatory VCA each count

Penalty is Mandatory:     Yes **X**     No _____
                         As to special
                         assessment

Remarks: _____

**A10 CR 347 LY(4)**

Sealed ____

Unsealed ____

Personal Data Sheet    USAO#    **2010R08382**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ____ YES __X__ NO
CASE NO. _____

| | | | |
|---|---|---|---|
| County: **TRAVIS** | **AUSTIN** Division | | Judge: _____ |
| Date: **6/1/2010** | Mag Ct.# _____ | SSN: _____ | FBI#: _____ |
| Case No.: _____ | | Assistant U. S. Attorney: | **Elizabeth Cottingham** |
| Defendant: **VICTORIA MARIE REDMAYNE** | | Date of Birth: | **Redacted** |

Address: _____

Citizenship:     United States  **X**     Mexican _____     Other _____

Interpreter Needed:    Yes _____    No **X**    Language _____

Defense Attorney: _____    Employed _____

Address of Attorney: _____    Appointed _____

Defendant is:    In Jail _____    Where: _____

    On Bond _____    Amt. of Bond _____    Where: _____

Date of Arrest: _____    Bench Warrant Needed _____

Prosecution By:    Information _____    Indictment **X**

Offense (Code & Description): Count 1 -- 18 U.S.C. § 371 - Conspiracy; Counts 4, 7, 8, 11, 13 & 15 -- 18 USC § 513(a) and 2 - Making uttering, or possessing counterfeit checks; Aiding and Abetting;

Offense Is:    Felony **X**    Misdemeanor _____

Maximum Sentence: Count 1 -- Up to 5 yrs imprisonment; up to a $250,000 fine; at least 1yr TSR; Counts 4, 7, 8, 11, 13 &15 - up to 10 yrs imprisonment, upto a $250,000 fine; at least 1yr TSR; $100 mandatory VCA each count

Penalty is Mandatory:    Yes **X**    No _____
    As to special assessment

Remarks: _____