UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2010 JUN 10 PM 1:05

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CAUSE NO. A-10-CR-347(1) LY |
| ROSHAY L. HOCKER | § | |

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT
## AND
## ENTRY OF PLEA OF NOT GUILTY

NOW COMES Defendant in the above-referenced case who, along with his undersigned attorney, hereby acknowledges the following:

1)   Defendant has received a copy of the indictment or information in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his Constitutional rights, after being advised of all the above by his attorney.

2)   Defendant understands he has the right to appear personally with his attorney before a Judge for Arraignment in open Court on this accusation. Defendant further understands that, absent the present waiver, he will be so arraigned in open court.

Defendant, having conferred with his attorney in this regard, hereby waives personal appearance with his attorney at the arraignment of this case and the reading of the indictment or information, and by this instrument, tenders his plea of "not guilty". The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

**I UNDERSTAND ALL MOTIONS MUST BE FILED IN WRITING WITHIN TEN (10) DAYS OF THE LATEST SCHEDULED ARRAIGNMENT DATE.** *See Local Rule CR-12(a)(2).*

Date: 6/10/10

Defendant's Signature

Signature of Attorney

WILLIAM H. IBBOTSON
Name of Attorney for Defendant
Address: 800 Brazos, Ste. 490, Austin, TX 78701
Telephone: (512) 916-5025
Fax:   (512) 916-5035

## ORDER

APPROVED BY THE Court. A plea of "NOT GUILTY" is entered for Defendant.

Date: 6/10/10

District Judge/Magistrate Judge